UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

……………………………………………..x

ANDREW PROKOS,

       Plaintiff.

v.

FULL STACK LLC., and DOES 1-10,

       Defendants.

FULL STACK LLC.,

       Third-Party Plaintiff,

v.

ARTSPACE LLC.,

       Third-Party Defendant.
……………………………………………..x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2023

Case No. 23-cv-4960

~~PROPOSED~~ ORDER

On October 20, 2023, Defendant and Third-Party Plaintiff Full Stack LLC., submitted a Notice of Voluntary dismissal as to the claims against Third-Party Defendant Artspace LLC. *Dkt* 16. Fed. R. Civ. Proc 41(a)(1)(c) allows for the voluntary dismissal of a counterclaim before a responsive pleading is served. Artspace LLC., has not yet filed a responsive pleading.

**Wherefore**, it is ORDERED that the claims against Third-Party Defendant Artspace LLC., are hereby dismissed without prejudice.

 The Clerk of Court is respectfully requested to terminate Third Party Defendant Artspace LLC.

Dated: October 20, 2023

*Mary Kay Vyskocil*
_____
HON. JUDGE MARY K. VYSKOCIL