UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____03/05/2024

ANDREW PROKOS,

                Plaintiff,

      -against-

FULL STACK LLC et al.,

                Defendants.

23-CV-04960 (MMG)

**NOTICE OF
REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the dates and deadlines set forth in the previous order on November 29, 2023. *See* Dkt. No. 22. Accordingly, the pre-motion conference will be held on **Thursday, April 18, 2024, at 2:30 p.m.** The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. Counsel are referred to Rule II(B)(9) of the Individual Rules regarding the conduct of the case following the close of fact discovery.

Dated:  March 5, 2024
        New York, New York

                        SO ORDERED.

                        _____
                        MARGARET M. GARNETT
                        United States District Judge