UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW PROKOS,

                Plaintiff,

-against-

FULL STACK LLC et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2024

23-CV-04960 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

       The Court previously scheduled a pre-motion conference in this matter on April 18, 2024. *See* Dkt. No. 25. Due to a court conflict, the conference is hereby ADJOURNED to **Wednesday, April 17, 2024, at 11:30 a.m.**

Dated: March 13, 2024
       New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge