UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

ANDREW PROKOS,

        Plaintiff,

v.

FULL STACK LLC., and DOES 1-10,

        Defendants.

-------------------------------------------------x

Case No. 23-cv-4960

> The request to adjourn the conference is GRANTED. The Parties shall email Courtroom Deputy Christopher Davis at WillisNYSDchambers@nysd.uscourts.gov to schedule a new date.
>
> SO ORDERED.
>
> /s/ Jennifer E. Willis
> Jennifer E. Willis
> United States Magistrate Judge
>
> April 1, 2024

Defendant Full Stack LLC requests that the Court temporarily adjourn the above-referenced matter, due to an attorney being out on a family emergency she must attend to promptly.

The parties' attorneys have conferred on this matter and have agreed to the adjourn the conference to a later date in April, whenever the Court has available dates and times.

**Wherefore,** the Defendant respectfully requests that the Court grant the parties' stipulation, adjourn the current conference set for April 4, 2024, and reschedule to a later date in April or at the Court's convenience.

Dated: March 26, 2024

                                          /s/ Natalie Sulimani
                                            NATALIE SULIMANI

**CERTIFICATION**

The undersigned hereby certifies that a true and correct copy of this Motion was delivered to below Counsel for Plaintiff via PACER ECF:

Law Offices of Michael D. Steger
295 Madison Avenue, 22nd Floor,
New York, NY 10017
Phone: (646) 517-0600
msteger@steger-law.com
*Attorney for Plaintiff*

/s/ *Natalie Sulimani*
Natalie Sulimani, Esq
75 Maiden Lane, Ste 802
New York, NY 10038
Phone: (212) 863-9614
natalie@sulimanilawfirm.com