UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW PROKOS,

                        Plaintiff,                              **ORDER**

                    -against-                             **23-CV-4960 (MKV)**

FULL STACK LLC, *et al.*,

                        Defendant.
-----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      With apologies for any inconvenience, the Court needs to cancel tomorrow's settlement conference. The Parties should contact Courtroom Deputy Christopher Davis at WillisNYSDChambers@nysd.uscourts.gov to schedule a new date.

      SO ORDERED.

DATED:    New York, New York
               April 29, 2024

                                                          */s/ Jennifer E. Willis*
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge