```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW PROKOS,

                Plaintiff,

-against-

FULL STACK LLC et al.,

                Defendants.

23-CV-04960 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    It is hereby ORDERED that counsel for all parties appear for a pre-motion conference with the Court on **Wednesday, October 2, 2024, at 11:30 a.m.** The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    The parties shall file any pre-motion letters in accordance with Rule II(B)(9) of the Court's Individual Rules governing summary judgment motion procedures by **September 18, 2024**.

    The parties should be prepared to discuss at the conference the pre-motion letters and the issues with fact discovery raised in the parties' letter at Dkt. No. 41.

Dated: September 3, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge