# LAW OFFICES OF MICHAEL D. STEGER, PC

295 Madison Avenue, 22nd Floor
New York, NY 10017
(646) 517-0600
msteger@steger-law.com

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 359-4600
(845) 638-2707 (fax)

www.steger-law.com

June 1, 2026

**VIA ECF**
Honorable Margaret M. Garnett
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *Prokos v. Full Stack LLC et. al,,*; Case No. 23-cv-4960-MMG

Dear Judge Garnett:

I write on behalf of Plaintiff Andrew Prokos with the consent of Natalie Sulimani, counsel for Defendant Full Stack, LLC to request an extension to file the parties' joint pretrial order (as required in Dkt # 62) from June 2nd to June 4th.

The reason for the requested extension is that the undersigned has oral argument in the First Appellate Division on June 2nd. This is the first request to extend this deadline.

Thank you for your consideration of this request.

Sincerely yours,
/s/ Michael D. Steger
Michael D. Steger

cc: All counsel (via ECF)

GRANTED. The deadline for the parties to file the joint pretrial order is hereby EXTENDED until **June 4, 2026**. This Order does not affect any other deadlines in this matter.

SO ORDERED. Dated June 3, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE