USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW PROKOS,

Plaintiff,

-against-

FULL STACK LLC,

Defendant.

23-CV-04960 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Trial in this matter concluded on June 25, 2026. Attached to this Order are the following Court Exhibits from the trial:

- Court Exhibit 1, which is Plaintiff's peremptory strike list from June 23, 2026, and is filed **under seal**;
- Court Exhibit 2, which is Defendant's peremptory strike list from June 23, 2026, and is filed **under seal**;
- Court Exhibit 3, which is the parties' revised Joint Stipulation of Facts that counsel reviewed on June 25, 2026, and was provided to the jury as an exhibit during deliberations;
- Court Exhibit 4, which is the draft jury questionnaire provided to counsel and reviewed on the record at the Final Pre-Trial Conference on June 16, 2026;
- Court Exhibit 5, which is a proposed summary of the case for *voir dire* provided to counsel and reviewed on the record at the Final Pre-Trial Conference on June 16, 2026;
- Court Exhibit 6, which is the questionnaire used by the Court during *voir dire* on June 23, 2026;
- Court Exhibit 7, which is a proposed summary of the law for the preliminary instructions that counsel reviewed on June 23, 2026;
- Court Exhibit 8, which is a draft jury charge that was provided to counsel on June 24, 2026, and considered at the charge conference held on the record on June 25, 2026;

- Court Exhibit 9, which is the final written jury charge that was provided to the jury and delivered orally on the record on June 25, 2026;.[1]
- Court Exhibit 10, which is a draft verdict form that was provided to counsel on June 24, 2026, and considered at the charge conference held on the record on June 25, 2026;
- Court Exhibit 11, which is the final verdict form that was provided to the jury on June 25, 2026, for their use during deliberations;
- Court Exhibit 12, which is the consolidated exhibit list provided to the jury for use during deliberations;
- Court Exhibit 13, which is a note from the jury to the Court; and
- Court Exhibit 14, which is the jury's verdict sheet.

Dated: July 8, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

[1] While reading the instruction to the jury on June 25, 2026, the Court noticed a small typo on page 18, in the sentence beginning "Accordingly, a determination . . . ." The Court issued a remedial instruction on the record on June 25, 2026.