**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ANDREW PROKOS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-04960 (MMG) |
| | ) | |
| -against- | ) | |
| | ) | |
| FULL STACK LLC and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF NATALIE SULIMANI IN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS**

I, Natalie Sulimani, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the founding attorney at Sulimani Law Firm, P.A., counsel for Defendant Full Stack LLC in this action. I have personal knowledge of the facts stated below and, if called as a witness, could and would testify competently to them. I submit this declaration in support of Full Stack's opposition to Plaintiff's motion for attorney's fees and Plaintiff's bill of costs.

**Settlement Communications**

2. In November 2023, at the outset of this litigation and before the parties had conducted discovery, Plaintiff's counsel communicated to me a demand to settle this matter for $120,000.

**Trial Transcripts**

3. The Court directed the parties to obtain the trial transcripts, and the parties agreed to divide the cost. Full Stack paid its share of that cost.

4. I ordered a copy of the transcript of the third and final day of trial. On July 23, 2026, I forwarded that transcript, together with the court reporter's invoice for it, to Plaintiff's counsel so

that he would not need to purchase a separate copy. A true and correct copy of that correspondence is attached as Exhibit 1.

5. Plaintiff has not provided Full Stack with any invoice, receipt, reporter's statement, or other documentation supporting the costs claimed in his bill of costs, nor the affidavit setting out each item of cost that the Local Rules of this District require.

**Dismissal of the DMCA Claim**

6. On September 18, 2024, Plaintiff's counsel first advised that Plaintiff intended to dismiss the DMCA claim. Plaintiff's counsel sent the proposed stipulation of dismissal on October 8, 2024, and the parties executed it on October 30, 2024. During that period, Full Stack evaluated the proposed dismissal, including by requesting that Plaintiff clarify the basis for it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of August, 2026, at New York, New York.

Natalie Sulimani

Natalie Sulimani

# EXHIBIT 1

**From:** natalie@sulimanilawfirm.com
**To:** Michael D. Steger
**Subject:** Fw: Attached is your invoice number 0579239
**Date:** Thursday, July 23, 2026 11:37:41 AM
**Attachments:** Q6PJPROT.pdf

---

You can see there was confusion all around....

Thanks,

Natalie

---

**From:** Janalyn Mendoza <jmendoza@sdreporters.com>
**Sent:** Wednesday, July 22, 2026 4:09:34 PM
**To:** natalie@sulimanilawfirm.com <natalie@sulimanilawfirm.com>
**Subject:** Re: Attached is your invoice number 0579239

Here you go. Thank you.

---

**From:** natalie@sulimanilawfirm.com <natalie@sulimanilawfirm.com>
**Sent:** Wednesday, July 22, 2026 4:06 PM
**To:** Janalyn Mendoza <jmendoza@sdreporters.com>
**Subject:** Re: Attached is your invoice number 0579239

I don't have it. I've been looking out for it. Can you resend?

Thanks,

Natalie

---

**From:** Janalyn Mendoza <jmendoza@sdreporters.com>
**Sent:** Wednesday, 22 July 2026 16:01:10
**To:** natalie@sulimanilawfirm.com <natalie@sulimanilawfirm.com>
**Subject:** Re: Attached is your invoice number 0579239

It should have been emailed to you on 7/21. Please check on your spam folder as well. Let me know if you need more help.

---

**From:** natalie@sulimanilawfirm.com <natalie@sulimanilawfirm.com>
**Sent:** Wednesday, July 22, 2026 3:57 PM
**To:** Janalyn Mendoza <jmendoza@sdreporters.com>

**Subject:** Re: Attached is your invoice number 0579239

Hi, did you send the last day's transcript?

Thanks,

Natalie

---

**From:** jmendoza@sdreporters.com <jmendoza@sdreporters.com>
**Sent:** Wednesday, 22 July 2026 15:39:57
**To:** natalie@sulimanilawfirm.com <natalie@sulimanilawfirm.com>
**Subject:** Attached is your invoice number 0579239

Please see attached Court Transcript Invoice.

If invoice was paid by Credit Card, balance due will be zero.

If you have any questions, please call 212-805-0324

Thank you.

Southern District Court Reporters