SULIMANI LAW FIRM.COM

Sulimani Law Firm, PA
150 Broadway Rd, Ste 1703, New York, NY
10038 212.863.9614 Tel
www.sulimanilawfirm.com

**August 19, 2026**

**VIA ECF**
Honorable Margaret M. Garnett
Daniel Patrick Moynihan -
United States Courthouse
500 Pearl Street
New York, New York 10007

***Re***: *Prokos v. Full Stack LLC*, No. 23-cv-4960 (MMG)

Dear Judge Garnett:

This firm represents defendant Full Stack LLC. Full Stack respectfully requests, pursuant to Fed. R. Civ. P. 58(d), that judgment be set out in a separate document.

The jury returned its verdict on June 25, 2026. Because the jury returned a general verdict with answers to written questions, the Clerk does not enter judgment without the Court's approval of the form of judgment. *See* Fed. R. Civ. P. 58(b)(2)(A). No judgment has been entered to date.

Full Stack intends to file motions under Rules 50(b) and 59. The time to do so runs from entry of judgment. Full Stack likewise intends to appeal, and the time to file a notice of appeal runs from disposition of those motions.

Plaintiff's motion for attorney's fees and notice of taxation of costs were both filed before entry of judgment. Full Stack notes that entry of judgment ordinarily is not delayed in order to tax costs or award fees. *See* Fed. R. Civ. P. 58(e).

Full Stack does not propose a form of judgment at this time and reserves all rights with respect to the content of any judgment entered.

We thank the Court for its attention to this matter.

Sincerely,

*Natalie Sulimani*

Natalie Sulimani